

# United States District Court
# Eastern District of California

| | |
|---|---|
| JAMES HUDICK | Case Number: 2:26-cv-00045 |
| Plaintiff(s) | |
| V. | |
| COMMISSIONER OF SOCIAL SECURITY | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Bryan Konoski hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff James Hudick

On 10/21/2003 (date), I was admitted to practice and presently in good standing in the Southern District of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: 01/09/2026          Signature of Applicant: /s/ BryanKonoski

**Pro Hac Vice Attorney**

Applicant's Name: **Bryan Konoski**

Law Firm Name: Konoski & Partners P.C.

Address: 180 Tices Lane

Building A, Suite 204

City: East Brunswick    State: NJ    Zip: 08816

Phone Number w/Area Code: (844) 773-3476

City and State of Residence: Matawan, NJ

Primary E-mail Address: FederalECF@Gmail.com

Secondary E-mail Address: FederalAppealsFirm@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Andrew J. Gramajo

Law Firm Name: AJG Law Group P.C.

Address: 25A Crescent Drive

Unit 402

City: Pleasant Hill    State: CA    Zip: 94523

Phone Number w/Area Code: (415) 638-9140    Bar # 338144

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/20/2026

JUDGE, U.S. DISTRICT COURT

# Exhibit A

| COURT | ADMISSIONS DATE | BAR NUMBER | STATUS |
|---|---|---|---|
| SUPREME COURT OF THE UNITED STATES | 6/18/2025 | * | ACTIVE |

## STATE COURT ADMISSIONS

| COURT | ADMISSIONS DATE | BAR NUMBER | STATUS |
|---|---|---|---|
| NEW JERSEY | 1/20/2003 | 030052002 | ACTIVE |
| NEW YORK | 1/8/2003 | 4095899 | ACTIVE |
| NORTH CAROLINA | 5/12/2017 | 51827 | ACTIVE |
| MINNESOTA | 9/15/2023 | 0504295 | ACTIVE |
| IOWA | 11/10/2023 | AT0015862 | ACTIVE |
| UTAH | 2/14/2024 | 19158 | ACTIVE |

## FEDERAL DISTRICT COURT ADMISSIONS

| COURT | ADMISSIONS DATE | BAR NUMBER | STATUS |
|---|---|---|---|
| ARKANSAS -- EDAR | 10/7/2021 | * | ACTIVE |
| ARKANSAS -- WDAR | 10/7/2021 | * | ACTIVE |
| COLORADO | 11/30/2020 | * | ACTIVE |
| ILLINOIS -- CDIL | 4/9/2021 | * | ACTIVE |
| ILLINOIS -- NDIL | 6/17/2022 | * | ACTIVE |
| ILLINOIS -- SDIL | 6/13/2022 | * | ACTIVE |
| IOWA --SDIA | 11/21/2024 | * | ACTIVE |
| MICHIGAN -- EDMI | 5/10/2022 | * | ACTIVE |
| MICHIGAN -- WDMI | 5/23/2022 | * | ACTIVE |
| MINNESOTA | 9/15/2023 | 0504295 | ACTIVE |
| NEW MEXICO -- DNM | 6/7/2022 | * | ACTIVE |
| NEW YORK – NDNY | 6/10/2010 | 302929 | ACTIVE |
| NEW YORK – EDNY | 10/21/2003 | BK 7563 | ACTIVE |
| NEW YORK – SDNY | 10/21/2003 | BK 2325 | ACTIVE |
| NEW YORK - WDNY | 3/3/2011 | * | ACTIVE |
| NORTH CAROLINA -- EDNC | 5/10/2021 | 51827 | ACTIVE |
| NORTH CAROLINA -- MDNC | 6/7/2021 | 051827 | ACTIVE |
| NORTH CAROLINA -- WDNC | 4/12/2021 | 51827 | ACTIVE |
| OKLAHOMA -- EDOK | 3/22/2021 | * | ACTIVE |
| OKLAHOMA -- NDOK | 7/19/2022 | * | ACTIVE |
| OKLAHOMA -- WDOK | 11/24/2021 | * | ACTIVE |
| TENNESSEE – MDTN | 10/31/2023 | * | ACTIVE |
| TEXAS -- EDTX | 6/8/2021 | * | ACTIVE |
| TEXAS -- NDTX | 2/10/2022 | * | ACTIVE |
| TEXAS -- WDTX | 7/25/2022 | * | ACTIVE |
| TEXAS -- SDTX | 9/11/2023 | 3858431 | ACTIVE |
| UTAH | 2/14/2024 | * | ACTIVE |
| WISCONSIN -- EDWI | 6/16/2022 | * | ACTIVE |
| WISCONSIN -- WDWI | 9/21/2021 | * | ACTIVE |

## FEDERAL CIRCUIT COURT ADMISSIONS

| COURT | ADMISSIONS DATE | BAR NUMBER | STATUS |
|---|---|---|---|
| FIRST CIRCUIT | 3/3/2023 | 1207217 | ACTIVE |
| FIFTH CIRCUIT | 9/29/2022 | * | ACTIVE |

| SIXTH CIRCUIT | 9/27/2024 | * | ACTIVE |
|---|---|---|---|
| SEVENTH CIRCUIT | 7/21/2023 | * | ACTIVE |
| EIGHTH CIRCUIT | 4/12/2023 | * | ACTIVE |
| TENTH CIRCUIT | 6/20/2023 | * | ACTIVE |
| THIRD CIRCUIT | 8/1/2012 | * | ACTIVE |
| ELEVENTH CIRCUIT | 8/28/2023 | * | ACTIVE |

*No Known Bar Number

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

Bryan Matthew Konoski

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

September 15, 2023

Given under my hand and seal of this court on

January 05, 2026

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration



## NORTH CAROLINA
## STATE BAR

# Certificate of Good Standing

I, Peter G. Bolac, Secretary of the North Carolina State Bar, do hereby certify that

## Bryan Konoski
Bar # 51827

was licensed to practice law by the State of North Carolina on May 12, 2017.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to

practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 7th of January, 2026.

Secretary of the North Carolina State Bar



# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

_____ BRYAN   MATTHEW   KONOSKI _____ , Bar # _____ BK2325 _____

was duly admitted to practice in the Court on

_____ October 21, 2003 _____

and is in good standing as a member of the Bar of this Court

Dated at      500 Pearl St.           On      _____ January 5, 2026 _____
              New York, New York


_____ Tammi M. Hellwig _____        By        _____ s/ R. Juliano _____
         Clerk of Court                                    Deputy Clerk