UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

JAMES HUDICK,

Plaintiff,

vs.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

Case No. 2:26-cv-00061-CSK

ORDER AWARDING ATTORNEY FEES

WHEREAS the Plaintiff has filed a joint motion for seeking an award of attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"); it is hereby

ORDERED that the Plaintiff's joint motion for attorney's fees and costs is GRANTED and Plaintiff is awarded $6,000.00 in attorney's fees.

Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees belong to Plaintiff and are subject to offset under the Treasury Offset Program,

31 U.S.C. § 3716(c)(3)(B). If, after receiving the Court's EAJA fee order, the Commissioner determines that Plaintiff has assigned the right to EAJA fees to counsel and Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, then EAJA fees may be made payable to Plaintiff's counsel, KONOSKI & PARTNERS, P.C., by either electronic funds transfer or check. If Plaintiff owes a debt under the Treasury Offset Program, any remaining EAJA fees after offset will be made by check payable to Plaintiff.

IT IS SO ORDERED this 14th day of October, 2026.

The Honorable Chi Soo Kim
United States Magistrate Judge

7, hudi.0061.26.stip.eaja